United States District Court
for the District of Columbia

Daniel Lee Thornberry
P.O. Box 1000 Old Highway 75
Butner, North Carolina
    27509-1000
Register No. 88416-011

**FILED**
MAY 03 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-00811
Assigned To : Roberts, Richard W.
Assign. Date : 05/03/2007
Description: PRO SE GEN. CIVIL

VS

Federal Bureau of Prisons,
Harley G. Lappin - Director
Federal Bureau of Prisons,
Lieutenant Elcee, FNU
Lieutenant L. Council

**Complaint**

(Official Address as Follows)
Federal Bureau of Prisons
320 First Street N.W.
Washington, D.C. 20010

Defendant Lappin is sued in official capacity only

Harley G. Lappin
320 First Street N.W.
Washington, D.C. 20010

Defendants Elcee and L. Council are sued in their official and personal capacity

Lieutenant Elcee (phonetically spelled)
P.O. Box 1000 Old Highway 75
Butner, N.C. 27509-1000

Lieutenant L. Council
P.O. Box 1000 Old Highway 75
Butner, N.C. 27509-1000

**RECEIVED**
MAR 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

1

## Complaint

### Jurisdiction

This Court has jurisdiction over this matter as the central office of the Bureau of prisons is located within the District of Columbia. And all transfer decisions regarding psychological programs are made at the central office level. Further, Harley G. Lappin, the director of the Federal Bureau of prisons has his office, and the decisions he makes are made and executed, within the District of Columbia.

### Discussion

On or about December 26, 2006, the plaintiff approached a correctional Lieutenant in the

-2-

institutional Lieutenants office on the compound of FCI-medium I, Butner, N.C. This Lieutenants name is (First name unknown) ELCee (phonetically spelled). The plaintiff requested protective custody from Lieutenant ELCee due to threats made by an inmate as a result of contraband being sold to the plaintiff by the other inmate. This contraband was cigarettes. After a full discussion of the situation, Lieutenant ELCee stated "your word's no good" "I ought to send you back to the unit and him beat your ass". The following day Lieutenant L. Council the Special Investigations Section Lieutenant assigned to this matter had the plaintiff paraded to the Lieutenant's office in front of the entire compound

-3-

to elicit information concerning this investigation as well as anything else he could find out. After these two incidents, the staff at this institution have constantly conspired to, through either incompetence or downright reckless disregard for the plaintiff's safety, compromise the plaintiff's identity and complicity in this investigation.

Now, it has been determined that the plaintiff cannot be housed at the FCI-medium I for his own safety. This comes as no surprise. However, it has been further determined that the plaintiff should be housed in a United States penitentiary and it has been

reccomended that Lewisburg, Pennsylvania be the appropriate institution. This would be a death sentence for the plaintiff for three (3) reasons:

1. Lewisburg, Pennsylvania is the United States penitentiary used for inmates from this region. Plaintiff could easily be found and harmed, even in protective custody. Further, it is well known that inmates from North Carolina are very populous in the United States penitentiary in Lewisburg, Pennsylvania.

2. Plaintiff has a long history in the Federal Bureau of Prisons in protective custody and cannot be safely housed in any facility

other than a super-max facility.

3. And finally, it was told to the plaintiff by another inmate whose identity will be gladly revealed in-camera, for his own safety, that Lieutenant Elcee and Lieutenant L. Council both revealed the plaintiff's identity and the fact that plaintiff was providing information concerning other inmates involvement in contraband smuggling activities along with officers. If these Lieutenants will reveal that information, they will surely reveal the current whereabouts of an inmate.

<u>Conclusion</u>

Due to the above stated facts, plaintiff's

-6-

very physical safety and perhaps life could be emperiled if he is transfered to a United States penitentiary as the plan is currently.

If this happens, it would be recklessness on the part of the Federal Bureau of Prisons. This would be within the meaning of Farmer v. Brennan 511 US 825 114 S. Ct 1970 128 L.Ed2d 811. A Temporary restraining order and permanent injunction would remedy this.

Plaintiff wishes to give testimony on the temporary restraining order and permanent injunction at a hearing. In the absence of this, he will gladly give a sworn deposition

-7-

to an officer of this honorable court regarding this and other supporting facts.

<u>Relief Requested</u>

1. The plaintiff requests a temporary restraining order enjoining the Defendants Federal Bureau of Prisons from transferring plaintiff from the Federal Correctional Institution-medium I to any Federal Bureau of Prisons institution until this matter has been fully adjudicated on the merits.

2. Plaintiff requests a permanent injunction barring the Federal Bureau of Prisons from housing plaintiff in any Federal Bureau of Prisons facility for the duration of plaintiff's

-8-

current and any future incarcerations.

3. Plaintiff requests a Jury to award plaintiff $25,000.00 in compensatory damages against defendant Elcee for psychological distress and further damage to a tenuous hold on emotional well-being, and $25,000.00 for dereliction of duty and $25,000.00 punitive damages for endangering plaintiff's physical safety. Total Jury Demand from Defendant Elcee $75,000.00 plus 50% court costs and attorney fees.

4. Plaintiff requests a Jury to award plaintiff $25,000.00 in compensatory damages against ~~Defendant~~ L. Council for

-9-

psychological distress and further damage to a tenous hold on emotional well-being, $25,000.00 for dereliction of duty, and $25,000.00 for punitive damages for endangering plaintiffs safety. Total jury demand for plaintiff L. Council $75,000.00 plus 50% total court costs and attorney fees

I Daniel Lee Thornberry hereby declare this complaint to be true and correct on knowledge and belief of a violation of 8th, and 14th ammendment violations of plaintiff's civil rights as cruel and unusual punishments

-10-

Executed this 21ST day of March 2007

*[signature]*
Plaintiff, PRO-SE
Daniel L. Thornberry

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-0811
RWR

## I (a) PLAINTIFFS

Daniel Lee Thornbury    XXXXX

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF XXXXX
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PC)

NC
TR
AT

## DEFENDANTS

BOP, et al.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:07-cv-00811
Assigned To : Roberts, Richard W.
Assign. Date : 05/03/2007
Description: PRO SE GEN. CIVIL

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

#88416-011

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  DEMAND $ 0  Check YES only if demanded in complaint  JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE  SIGNATURE OF ATTORNEY OF RECORD
NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd