United States District Court
District of Columbia

Daniel Lee Thornberry                no 1:07-cv-00811-RWR

Plaintiff

v.                                    Motion for appointment
                                      of Counsel

Federal Bureau of Prisons et al.

RECEIVED
JUN 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Introduction

Comes now, Daniel Lee Thornberry, plaintiff pro-se, and respectfully requests this Honorable Court grant plaintiff an appointed panel attorney for this civil action.

## Discussion

In the above referenced case, the plaintiff is a prisoner and currently housed in protective custody in the Special Housing

-1-

Unit in the United States Penitentiary in Lewisburg, Pennsylvania.

1. There is a very minimal law library in the Special Housing Unit (SHU).

2. The plaintiff is not a bar certified attorney nor a certified paralegal and needs qualified legal representation for this legal action as it concerns the plaintiff's personal safety, present and future.

The plaintiff prays this Honorable Court grant the relief requested herein.

Respectfully submitted,
Daniel Lee Thornberry

## Declaration

I declare under penalty of perjury the preceeding motion and facts to be true to the best of my knowledge and on belief.

Executed this 7th day of June, 2007

Daniel Lee Thornberry

- 3 -