UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LEE THORNBERRY ) <br> P.O. BOX 1000 OLD HIGHWAY 75 ) <br> BUTNER, NORTH CAROLINA 27509-1000 ) <br> Register No. 88416-011 ) <br> ) <br>       Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> FEDERAL BUREAU OF PRISONS, ) <br> HARLEY LAPPIN, DIRECTOR OF BUREAU ) <br> OF PRISONS, ) <br> LIEUTENANT ELCE, FNU ) <br> LIEUTENANT L. COUNCIL ) <br> ) <br> (official address as follows) ) <br> FEDERAL BUREAU OF PRISONS ) <br> 320 First Street, NW ) <br> Washington, D.C. 20534 ) <br> ) <br> HARLEY LAPPIN ) <br> 320 First Street, NW ) <br> Washington, D.C. 20534 ) <br> ) <br> LIEUTENANT ELCE (phonetically spelled) ) <br> P.O. BOX 1000 OLD HIGHWAY 75 ) <br> BUTNER, NORTH CAROLINA 27509-1000 ) <br> ) <br> LIEUTENANT L. COUNCIL ) <br> P.O. BOX 1000 OLD HIGHWAY 75 ) <br> BUTNER, NORTH CAROLINA 27509-1000 ) <br> ) <br>       Defendants. ) <br> _____) | Civil Action No. 07-0811 (RWR) <br> Electronic Case Filing |

<u>NOTICE OF ENTRY OF ATTORNEY APPEARANCE</u>

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the United States Department of Justice, Federal Bureau of Prisons, Defendants in the above-captioned civil action.

Respectfully submitted,

_____/ s /_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2007, a true and correct copy of the foregoing **Notice of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

DANIEL LEE THORNBERRY
R 88416-011
BUTNER MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
BUTNER, NC 27509

and

DANIEL LEE THORNBERRY

Register No. 88416-011

P.O. BOX 1000 OLD HIGHWAY 75

BUTNER, NORTH CAROLINA 27509-1000

/ s /
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530