UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LEE THORNBERRY ) | |
| ) | |
| ) | Civil Action No.: 07-0811 (RWR) |
| Plaintiff ) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney Quan K. Luong as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Daniel Lee Thornberry**, by U.S. Postage addressed as follows:

**DANIEL LEE THORNBERRY**
R 88416-011
Butner Medium F.C.I.
P.O. Box 1000
Butner, NC 27509

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov