UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LEE THORNBERRY, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-0811 (RWR) |
| | ) |
| FEDERAL BUREAU OF PRISONS *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendants' motion to dismiss [Dkt. No. 13] is GRANTED; it is
further

ORDERED that all other pending motions [Dkt. Nos. 8, 10] are DENIED; and it is
further

ORDERED that this case is DISMISSED without prejudice.  This is a final appealable
Order.

_____/s/_____
RICHARD W. ROBERTS
DATE: March 7, 2008            United States District Judge