

U. S. Department of Justice

Federal Bureau of Prisons

U. S. Penitentiary

---

Lewisburg, PA. 17837

July 18, 2008

Clerk of Court
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001-2866

Re:   Inmate Daniel Thornberry - Reg. No. 88416-011
      1:07-CV-00811

Dear Clerk:

Please be advised that the above listed individual has been transferred from the United States Penitentiary (USP) Lewisburg, Pennsylvania, to USP Coleman, Florida. A copy of inmate Thornberry's PLRA order has been forwarded to USP Coleman.

If you have any questions regarding inmate Thornberry's PLRA, please contact Jeff Campbell, Attorney-Advisor. The address is as follows:

USP Coleman
Post Office Box 1023
Coleman, FL 33521

If you have any questions or you need additional information regarding this correspondence, please feel free to contact me at (570)523-1251, extension 7642.

Sincerely,

*D. Weber*
D. Weber
Paralegal Specialist

**RECEIVED**

JUL 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Warden

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANIEL LEE THORNBERRY,         )
                               )
        Plaintiff,             )
                               )   Case: 1:07-cv-00811
    v.                         )   Assigned To : Roberts, Richard W.
                               )   Assign. Date : 05/03/2007
FEDERAL BUREAU OF PRISONS, et al., )   Description: PRO SE GEN. CIVIL
                               )
        Defendants.            )

### ORDER

Plaintiff, proceeding *pro se*, has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a). Upon review of the financial information, the Court finds that Plaintiff is required to pay the statutory filing fee of $ 350.00 for this action in accordance with the provisions of 28 U.S.C. § 1915(b).

Accordingly, it is hereby

**ORDERED**, that:

1.  Plaintiff is obligated to pay an initial partial filing fee of $__11.87__ to the Clerk of the United States District Court for the District of Columbia.

2.  Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $ 350.00 filing fee.

3.  The authorized institution officer shall deduct from Plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time

N  88416011                                                                       4

the amount in the account exceeds $10 until the filing fee is paid.

  4.  A copy of this Order shall be furnished to Plaintiff's place of incarceration.

  5.  Plaintiff's application to proceed in forma pauperis is GRANTED, except to the extent that Plaintiff is required to make the payments set forth above.

SO ORDERED.

            _____
            United States District Judge

DATE: 4/23/07